IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)  HEATHER YOST,<br><br>    Plaintiff,<br><br>vs.<br><br>1) SHELTER MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. CIV-14-725-D |

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the parties, Heather Yost, Plaintiff, and Shelter Mutual Insurance Company, Defendant, by and through their counsel of record, and announce to the Court that the matter in controversy between them is no longer at issue.  The parties stipulate as follows:

1.That all claims, demands or causes of action asserted or which could have been asserted herein by and between the parties is hereby DISMISSED WITH PREJUDICE.

2.Each party shall bear its own attorneys' fees, costs and expenses arising from the action.

Respectfully submitted by the parties.

*s/ Rodney D. Stewart**/s/ Terry McKeever*
Rodney D. Stewart, OBA#15105Terry M. McKeever, OBA No. 21751
Stewart Law FirmJerry Foshee, OBA No. 3045
6915 N. Classen Blvd., Suite AFoshee & Yaffe
Oklahoma City, OK 7311612231 S. May
Telephone: (405) 601-6060P.O. Box 890420
Facsimile: (405) 601-6363Oklahoma City, OK 73189
E-Mail: rds@rstewartlaw.comTelephone: (405) 632-6668
E-Mail: tmm@fylaw.com

1